# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EXCEDIS CORPORATION, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>EDWARD BOLLMAN, *et al.*,<br><br>        Defendants. | 3:16-cv-00514-HDM-WGC<br><br>**ORDER** |

Before the court is the "Request" of Plaintiff Excedis Corporation seeking an extension of time within which to retain counsel (ECF No. 107). The motion was submitted by "Jean Hogan for Plaintiff Excedis Corporation" (*Id.* at 2).

In its order of May 8, 2018, the court allowed the withdrawal of Attorney Elizabeth Stallard and her law firm Downey Brand, LLP. The court further advised the parties that "Excedis Corporation could not proceed without counsel" and that ". . . a corporation may only appear in federal court through licensed counsel." (ECF No. 101 at 2; citations omitted.) The request for the extension of time by Ms. Hogan, who is not an attorney, on behalf of Excedis Corporation, is therefore a fugitive document and summarily could be stricken from the docket. Nevertheless, the court will direct its Courtroom Administrator to set a hearing on ECF No. 107 as soon as the court's calendar may accommodate it.

Defendants/Counterclaimants/Third Party Plaintiffs Bollman and Kerr may file a response to the "Request" prior to the time that this matter is set for a hearing.

As was also stated in this court's May 8, 2018, order, this order does not preclude Defendants/Counterclaimants/Third Party Plaintiffs Bollman and Kerr from seeking "what relief they deem appropriate under the circumstances . . ." (ECF No. 101 at 3.)

1 | As there was no similar request for an extension of the individuals previously represented by Stallard/Downey Brand, the docket shall reflect Third Party Defendants Thomas Ripley, Patrick Hogan, Jean Hogan, and Catherine Mead are proceeding *pro se*. Their mailing and email addresses shall be reflected as follows:

>    Thomas Ripley
>    3 Highmeadow Court
>    Algonquin, Illinois 60102
>    tom_ripley@msn.com
>
>    Patrick Hogan
>    1020 Oakleaf Avenue
>    Monrovia, California 91016
>    pdhogan@gmail.com
>
>    Jean Hogan
>    1020 Oakleaf Avenue
>    Monrovia, California 91016
>    jeanahogan@gmail.com
>
>    Catherine Mead
>    President & Registered Agent
>    Resident Agent National, Inc.
>    4650 Wedekind Road, Suite 2
>    Sparks, Nevada 89431
>    Ran1977@sbcglobal.net

This order will be served on the *pro se* parties at their addresses noted above.

The parties are again reminded, as was also stated in this court's order of May 8, 2018, that the deadlines established by the court at the hearing on April 16, 2018 (ECF No. 91), would remain intact. (ECF No. 101 at 3.)

**IT IS SO ORDERED.**

DATED: June 6, 2018.

*/s/ William G. Cobb*
_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE