**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EXCEDIS CORPORATION, a Nevada limited liability company,<br><br>          Plaintiff,<br><br>    vs.<br><br>EDWARD BOLLMAN, an individual, JAMES KERR, an individual, *et al.*,<br><br>          Defendants. | 3:16-cv-00514-HDM-WGC<br><br>**ORDER** |
| EDWARD BOLLMAN, an individual, and JAMES KERR, an individual,<br><br>          Counterclaimants,<br><br>    vs.<br><br>EXCEDIS CORPORATION, a Nevada limited liability company,<br><br>          Counterdefendant. | |
| EDWARD BOLLMAN, an individual, and JAMES KERR, an individual,<br><br>          Third Party Plaintiffs,<br><br>    vs.<br><br>THOMAS RIPLEY, an individual, PATRICK HOGAN, an individual, JEAN HOGAN, an individual, CATHERINE A. MEAD, an individual,<br><br>          Third Party Defendants. | |

Before the court is the Declaration of Albert L. Thuesen, III, in Support of Order for Sanctions (ECF No. 118).

On July 9, 2018, this court entered an order (ECF No. 117) requiring Albert L. Thuesen, III, Esq., counsel for Defendants, Counterclaimants and Third Party Plaintiffs Edward Bollman and James Kerr to supplement the Bollman-Kerr motion for cost sanctions, said sanctions to include an allowance for corresponding attorney's fees. (ECF Nos. 104, 106.) While the court granted the Bollman-Kerr motion to compel and granted sanctions as against Third Party Defendant Thomas Ripley, the court required Attorney Thuesen to document his hourly fees which constituted the bulk of his clients' request for sanctions. Mr. Thuesen has submitted a declaration verifying his fees and costs. (ECF No. 117.)

Good cause appearing, the court awards cost sanctions in favor of Bollman and Kerr and against Third Party Defendant Thomas Ripley in the amount of $6,307.44.

**IT IS SO ORDERED.**

DATED: July 18, 2018.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE