UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EXCEDIS CORPORATION, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD BOLLMAN, an individual, JAMES KERR, an individual, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-00514-HDM-WGC<br><br>ORDER |

On July 9, 2018, Magistrate Judge Cobb issued a Report and Recommendation (ECF No. 116) recommending that plaintiff Excedis Corporation's (Excedis) complaint be dismissed without prejudice and that Excedis' answer to defendants Edward Bollman's and James Kerr's counterclaim be stricken. The time to object to the Report and Recommendation has expired and no objections have been filed. Pursuant to Local Rule IB 3-2(b), the court accepts the Report and Recommendation (ECF No. 116) in whole. Thus, Excedis' complaint (ECF No. 1, Ex. 1) is DISMISSED without prejudice and Excedis' answer to the Bollman-Kerr counterclaim (ECF No. 7) is STRICKEN.

IT IS SO ORDERED.

DATED THIS 6th day of August, 2018.

_____
HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE