UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EXCEDIS CORPORATION, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD BOLLMAN, an individual, JAMES KERR, an individual, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-00514-HDM-WGC<br><br>AMENDED ORDER |

On August 6, 2018, this Court issued an order accepting the Report and Recommendation of Magistrate Judge Cobb. (*See* ECF No. 120). The Court inadvertently referenced the incorrect docket numbers in the prior order. Therefore, the Court's prior order is amended to reflect that Excedis' complaint (ECF No. 1, Ex. 1) is DISMISSED without prejudice and Excedis' answer to the Bollman-Kerr counterclaim (ECF No. 22) is STRICKEN. The Bollman-Kerr counterclaim (ECF No. 7) has not been stricken and the Clerk of the Court is directed to amend the docket accordingly. This order corrects a clerical error only and is therefore not subject to the automatic stay of the United States Bankruptcy Court.

IT IS SO ORDERED.

DATED THIS 24th day of October, 2018.

*Howard D. McKibben*

HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE

1