UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EXCEDIS CORPORATION,<br><br>                Plaintiff,<br>  v.<br>EDWARD BOLLMAN, and JAMES KERR,<br><br>                Defendants.<br>═══════════════════════════<br>EDWARD BOLLMAN, and JAMES KERR,<br><br>           Counterclaimants,<br>  v.<br>EXCEDIS CORPORATION,<br><br>           Counterdefendant.<br>═══════════════════════════<br>EDWARD BOLLMAN, and JAMES KERR,<br><br>     Third Party Plaintiffs,<br>  v.<br>THOMAS RIPLEY, PATRICK HOGAN,<br>JEAN HOGAN, and CATHERINE MEAD,<br><br>     Third Party Defendants. | Case No. 3:16-cv-00514-HDM-WGC<br><br>ORDER |

    This case is currently stayed pursuant to an automatic stay of the bankruptcy court, which resulted from the filing of bankruptcy by third party defendants Patrick Hogan and Jean Hogan. (ECF No. 138). Before the stay, the complaint of Excedis Corporation, as plaintiff, was stricken and default against Excedis, as counterdefendant, was entered. Default was also entered against third party defendant Thomas Ripley. Default

1

judgment has not yet been entered against either Excedis or Ripley. The third party claims of Edward Bollman and James Kerr against Patrick Hogan, Jean Hogan and Catherine Mead, remained pending.

On June 30, 2020, counsel for Bollman and Kerr filed a notice of case status that includes a request for permission to withdraw as attorney of record. Counsel represents that an irreconcilable conflict that has arisen between Bollman and Kerr that requires he withdraw from representation of both parties. (ECF No. 140).

No later than September 14, 2020, counsel shall mail a copy of this order to Bollman and Kerr at their last known address and shall additionally provide the court with Bollman and Kerr's contact information, including their physical mailing addresses and telephone numbers. Counsel's request to withdraw will be granted unless on or before October 5, 2020, Bollman and/or Kerr file a notice with the court objecting to the withdrawal.

IT IS SO ORDERED.

DATED: This 4th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE