UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EXCEDIS CORPORATION, | Case No. 3:16-cv-00514-HDM-WGC |
| Plaintiff, | ORDER |
| v. | |
| EDWARD BOLLMAN, and JAMES KERR, | |
| Defendants. | |
| EDWARD BOLLMAN, and JAMES KERR, | |
| Counterclaimants, | |
| v. | |
| EXCEDIS CORPORATION, | |
| Counterdefendant. | |
| EDWARD BOLLMAN, and JAMES KERR, | |
| Third Party Plaintiffs, | |
| v. | |
| THOMAS RIPLEY, PATRICK HOGAN, JEAN HOGAN, and CATHERINE MEAD, | |
| Third Party Defendants. | |

On September 4, 2020, the court entered an order providing that the request of counsel for third party plaintiffs Edward Bollman and James Kerr to withdraw would be granted unless, on or before October 5, 2020, either Bollman or Kerr filed an objection. Neither Bollman nor Kerr has filed any objection to counsel's withdrawal, and the time for doing so has expired. Accordingly,

1

good cause appearing, IT IS THEREFORE ORDERED that the request to withdraw filed by counsel for Bollman and Kerr is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall update the docket to reflect that Bollman and Kerr are now proceeding *pro se* and to include their contact information as follows:

```
Mr. Edward Bollman
4601 River Close Blvd.
Valrico, FL 33596
Email: Ed_Bollman@yahoo.com
Phone: 813-767-3201

Mr. James Kerr
109 Manor Drive
Lansdale, PA 19446
Email: kerrsinpa@me.com
Phone: 610-812-8379
```

IT IS FURTHER ORDERED that all notices in this action shall be sent to Bollman and Kerr at their last known addresses.

IT IS FURTHER ORDERED that Bollman and Kerr shall have until November 16, 2020, to either obtain substitute counsel and provide notice thereof to the court, or to file a case status report indicating whether they intend to proceed further with this action.

IT IS SO ORDERED.

DATED: This 16th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE

2