UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EXCEDIS CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>EDWARD BOLLMAN, and JAMES KERR,<br><br>        Defendants. | Case No. 3:16-cv-00514-HDM-WGC<br><br>ORDER |
| EDWARD BOLLMAN, and JAMES KERR,<br><br>        Counterclaimants,<br><br>   v.<br><br>EXCEDIS CORPORATION,<br><br>        Counterdefendant. | |
| EDWARD BOLLMAN, and JAMES KERR,<br><br>        Third Party Plaintiffs,<br><br>   v.<br><br>THOMAS RIPLEY, PATRICK HOGAN, JEAN HOGAN, and CATHERINE MEAD,<br><br>        Third Party Defendants. | |

   The only remaining claims in this action are those of third party plaintiffs Edward Bollman and James Kerr. On October 16, 2020, the court entered an order directing Bollman and Kerr to, on or before November 16, 2020, either provide the court notice that they had obtained substitute counsel or to file a case status report indicating whether they intend to proceed further with this action. Neither Bollman nor Kerr filed any response to the court's

1

1 | order. On November 18, 2020, the court therefore ordered Bollman
2 | and Kerr to show cause why this action should not be dismissed. No
3 | response to the court's order to show cause having been filed by
4 | the applicable deadline, IT IS THEREFORE ORDERED that the remaining
5 | claims in this action are DISMISSED WITHOUT PREJUDICE.  The Clerk
6 | of Court shall accordingly CLOSE this case.
7 |     IT IS SO ORDERED.
8 |     DATED: This 21st day of December, 2020.

 

_____
UNITED STATES DISTRICT JUDGE

2